**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00108-CV

### BARRY ERADA TAYLOR, Appellant

### V.

### KATHRYN ALBERS, Appellee

### On Appeal from the Probate Court No. 2
### Dallas County, Texas
### Trial Court Cause No. PR-10-3811-2

## ORDER

We **DENY** as premature appellant's February 5, 2013 motion for an extension of time to file a brief. Appellant's brief will be due thirty days after the later of: (1) the date the clerk's record is filed; or (2) the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE